## CIVIL CAUSE FOR INITIAL CONFERENCE

### BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 23 2018   ★

LONG ISLAND OFFICE

DATE: October 23, 2018        TIME: 30 MINUTES

CASE NUMBER:        2:18-cv-03609-SJF-GRB

CASE TITLE:         Chiuchiolo v. The Inn at East Wind LLC et al

PLTFFS ATTY:        Marijana Matura and Tana Forester
                    _X_  present          ___ not present

DEFTS ATTY:         David Greenhouse
                    _x_  present          ___ not present

COURT REPORTER: ___

COURTROOM DEPUTY: Bryan Morabito

_X_  CASE CALLED.

___  HEARING HELD/ CONT'D TO _____.

___  ORDER ENTERED ON THE RECORD.

OTHER: Case closed with leave to reopen on ten (10) days notice in no event later than 12/31/2018.